**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**
**SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| Nicholas H. Neumann, M.D., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER OF DISMISSAL** |
| vs. | ) | |
| | ) | |
| Provident Life and Accident Insurance | ) | |
| Company, d/b/a UNUM/Provident | ) | |
| Corporation, a body corporate, | ) | |
| | ) | Case No. 1:03-cv-125 |
| Defendants. | ) | |

Before the Court is a "Stipulation for Dismissal With Prejudice" filed on January 16, 2008. On April 5, 2005, the parties filed a "Stipulation for Stay of Proceedings" (Docket No. 18) pending plaintiff's acceptance and participation in a reassessment program.  That stipulation also provided that in the event plaintiff's disability benefits which were the subject matter of this proceeding were reinstated, the above-entitled action would be dismissed with prejudice.  The parties now stipulate that the benefits under the plaintiff's policies of disability insurance have been reinstated and the above-entitled action can be dismissed.

The Court **ADOPTS** the stipulation in its entirety  (Docket No. 20) and **ORDERS** that this action be dismissed with prejudice and without costs to either party.

**IT IS SO ORDERED.**

Dated this 17th day of January, 2008.

/s/  Daniel L. Hovland
Daniel L. Hovland, Chief Judge
United States District Court